
FoodSaver

App._0024

USA Prod_000089

Wrangler

American Airlines
CLARK/WILLANDO
SJC
SAN JOSE CA
CA
ATL5SMD 0624 03FEB

App._0026
USA Prod_000094

SALT LICK
POLO
Gates A17-A39
Gates
McDonald
THE SCORE BOARD

GEORGIA
DRIVER'S LICENSE
DL
USA GA
DRIVER'S LICENSE
Governor:
4d DL NO.
3 DOB
9 CLASS C
4b EXP 03/24/2025
2 WILLANDO
1 CLARK
Commissioner:
8 2330 WINGFOOT PL
DECATUR, GA 30035-2810
DEKALB
12 REST A
9a END NONE
4a ISS 08/20/2020
15 SEX M
18 EYES BRO
16 HGT 6'-00"
17 WGT 235 lb
5 DD

American
oneworld
BOARDING PASS
BOARDING ENDS 15 MINUTES BEFORE DEPARTURE
PASSENGER NAME
CLARK/WILLANDO
RECORD LOCATOR
XRYNBC
FROM:
DALLAS/FT WORTH
TO:
SAN JOSE, CALIFORNIA
FLIGHT
AA1916
CLASS
L
DATE
03FEB
DEPARTS
1023A
GATE
BOARDING TIME
948A
SEAT
19A
GROUP 6
AADVANTAGE MBR
0012155270806
WI-FI onboard
BOARDING PASS
CLARK/WILLANDO
FROM:
DALLAS/FT WORTH
TO:
SAN JOSE, CALIFORNIA
FLIGHT
AA 1916
SEAT
19A
GROUP 6
DATE
03FEB
CLASS
L
DEPARTS
1023A

American
oneworld
BOARDING PASS
BOARDING ENDS 15 MINUTES BEFORE DEPARTURE
PASSENGER NAME
CLARK/WILLANDO
RECORD LOCATOR
XRYNBC
FROM:
ATLANTA
TO:
DALLAS/FT WORTH
FLIGHT
AA1567
CLASS
L
DATE
03FEB
DEPARTS
800A
GATE
T9
BOARDING TIME
730A
SEAT
13E
GROUP 6
AADVANTAGE MBR
0012155270806
Wi-Fi onboard
BOARDING PASS
CLARK/WILLANDO
FROM:
ATLANTA
TO:
DALLAS/FT WORTH
FLIGHT
AA 1567
SEAT
13E
GROUP 6
DATE
03FEB
CLASS
L
DEPARTS
800A

MI-21-0078
N-1
EVIDENCE
S001219245

# EVIDENCE

CASE NUMBER: MI-21-0078

EXHIBIT NUMBER: N-1

DATE ACQUIRED: 02-03-21

LOCATION ACQUIRED: DFW AIRPORT TERM A GATE 11

ACQUIRED BY: TED MCBRIDE
(Signature and Printed Name and Name of Agency Acquired from if an Adoption)

SEALED BY: TED MCBRIDE
(Signature and Printed Name)

WITNESSED BY: ______
(Signature and Printed Name)

DATE OPENED: ______

OPENED BY: ______
(Signature and Printed Name)

WITNESSED BY: ______
(Signature and Printed Name)

LABORATORY USE ONLY BELOW THIS LINE

OPENED BY: ______
(Signature and Printed Name)

DATE OPENED: ______

GROSS WEIGHT AFTER ANALYSIS: ______

RESEALED BY: ______
(Signature and Printed Name)

DATE RESEALED: ______

S001219245


Wrangler

App._0033

USA Prod_000102



Wrangler
Wrangler
Wrangler
Wrangler
Wrangler

App._0034
USA Prod_000103

Wrangler
SJC